UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Case No. 4:24-cr-12-TRM-MJD-6 |
| | ) |
| | ) |
| RACHEL MARIE OWENS | ) |

REPORT AND RECOMMENDATION

On April 17, 2025, this Court conducted a plea hearing pursuant to 28 U.S.C. § 636(b). At the hearing, Defendant moved to withdraw her not guilty plea to Count Two of the ten-count Indictment and entered a plea of guilty to Count Two of the Indictment. There is no plea agreement in this case. On the basis of the record made at the hearing, this Court finds: (1) Defendant is fully capable and competent to enter an informed plea; (2) Defendant made the plea knowingly and with full understanding of each of the rights she waived; (3) Defendant made the plea voluntarily and free from any force, threats, or promises; (4) Defendant understands the nature of the charge and penalties provided by law; and (5) the plea has a sufficient basis in fact.

Therefore, this Court **RECOMMENDS** Defendant's motion to withdraw her not guilty plea to Count Two of the ten-count Indictment be granted, her plea of guilty to Count Two of the Indictment be accepted, and the District Judge adjudicate Defendant guilty of the charges set forth in Count Two of the Indictment.

As Defendant entered a guilty plea and was subject to mandatory detention, Defendant's release on bond with conditions is revoked and this Court further **RECOMMENDS** Defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, and

imposition of sentence are specifically reserved for the District Judge.

    ENTER.

               s/ _____
                MIKE DUMITRU
                UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

    You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. §636(b).